**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00978-CR
### No. 05-13-00979-CR

**ROY CURTIS STUART JR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-52718-Y, F13-52719-Y**

## ORDER

The Court **GRANTS** appellant's November 24, 2014 request to permit him to file only one copy of his pro se response to the *Anders* brief filed by counsel. Appellant need file only one copy of the pro se response that is due by **DECEMBER 31, 2014**.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Roy Stuart, TDCJ No. 1870750, Coffield Unit, 2661 F.M. 2054, Tennessee Colony, Texas 75884.

/s/     LANA MYERS
JUSTICE